IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00877-KMT

Vicki Mize,

    Plaintiff,

v.

Blazin Wings, Inc. DBA Buffalo Wild Wings,

    Defendant.

---

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

---

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A) (i), Plaintiff, Vicki Mize, an individual on her own behalf, hereby voluntarily dismisses this action without prejudice.

Respectfully submitted this 6th day of June 2017.

s/  Lori J. Coulter
**Lori J. Coulter**
The Law Office of Lori J. Coulter, LLC
1271 Riverview Drive
Loveland, CO 80537
720-961-2804
Email: lori@adaequality.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of June, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Sarah Benjes
**Faegre Baker Daniels LLP**
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
Sarah.benjes@faegreBD.com
*Attorney for Defendant*

2